**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  March 23, 2026

Ms. Alise Hildreth-Joling
Office of the U.S. Attorney
for the Western District of Michigan
330 Ionia Avenue, N.W
Suite 501
Grand Rapids, MI 49503

    Re:  Case No. 26-1283
       *Juan Soto-Medina v. Kevin Raycraft, et al*
       Originating Case No. 1:25-cv-01704

Dear Counsel,

   This case has been docketed as case number **26-1283** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   At this stage of the appeal, the following forms should be downloaded from the Court's web site: www.ca6.uscourts.gov and filed with the Clerk's office by **April 6, 2026**.  More specific instructions are printed on each form.  If the **$605.00** appellate filing fee has not been paid, it must be paid to the U.S. District court by this deadline.

             Appellant:   Appearance of Counsel
                          Application for Admission to 6th Circuit Bar (if applicable)

             Appellee:   Appearance of Counsel
                          Application for Admission to 6th Circuit Bar (if applicable)

Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Monica
Direct Dial No. 513-564-7021

cc: Mr. Michael Drew

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-1283**

JUAN JOSE SOTO-MEDINA

       Petitioner - Appellee

v.

KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director, Detroit Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security

       Respondents - Appellants