**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
| --- | --- | --- |
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 07, 2026

Mr. Michael Drew
Neighborhood Legal
20 N. Clark Street
Suite 3300
Chicago, IL 60602

Ms. Alise Hildreth-Joling
Office of the U.S. Attorney
for the Western District of Michigan
330 Ionia Avenue, N.W.
Suite 501
Grand Rapids, MI 49503

　　　Re:  Case No. 26-1283
　　　　　*Juan Soto-Medina v. Kevin Raycraft, et al*
　　　　　Originating Case No. 1:25-cv-01704

Dear Counsel:

　　　The Amended Official Court of Appeals Caption for 26-1283 is enclosed.

　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　s/Kelly Stephens

　　　　　　　　　　　　Appeal Case Manager: Monica
　　　　　　　　　　　　Direct Dial No. 513-564-7021

Enclosure

**AMENDED OFFICIAL COURT OF APPEALS CAPTION FOR 26-1283**

JUAN JOSE SOTO-MEDINA

       Petitioner - Appellee

v.

KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director, Detroit Field Office, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security

       Respondents - Appellants