No. 26-1283

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JUAN JOSE SOTO-MEDINA,

*Petitioner - Appellee*,

v.

KEVIN RAYCRAFT, in his official capacity as Acting Field Office
Director, Detroit Field Office, U.S. Immigration and Customs
Enforcement; MARKWAYNE MULLIN, in his official capacity as
Secretary of the Department of Homeland Security,

*Respondents - Appellants.*

On Appeal from the United States District Court
for the Western District of Michigan
No. 1:25-CV-01704

**STATUS REPORT**

TIMOTHY VERHEY
*United States Attorney*

ALISE HILDRETH-JOLING
*Assistant United States Attorney*
330 Ionia Ave. NW, Suite 501
Grand Rapids, Michigan 49503
(616) 456-2404

<u>**Status Report**</u>

On May 11, 2026, the Court issued an Opinion and Judgment in the consolidated appeals of *Lopez-Campos v. Raycraft, et al.*, 25-1965 (6th Cir.), *Sanchez Alvarez v. Noem, et al.*, 25-1969 (6th Cir.), *Contreras-Cervantes, et al. v. Raycraft*, 25-1978 (6th Cir.), and *Pizarro Reyes v. Raycraft*, No. 25-1982 (6th Cir.). The Court held that 8 U.S.C. § 1225(b)(2)(A) did not apply to aliens like the petitioners who entered without inspection or admission and were arrested well after entry.

As noted in the initial motion to hold in abeyance, the court below addressed the burden of proof in a bond hearing held under 8 U.S.C. § 1226(a), which is only relevant if that is the correct detention authority. Petitioner is an alien who entered the United States without admission or inspection. *Soto-Medina v. Lynch*, No. 1:25-CV-1392, 2025 WL 3267761, at *1 (W.D. Mich. Nov. 24, 2025). Therefore, pursuant to this Court's decision, the correct detention authority is 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225(b)(2)(A). *See Lopez-Campos v. Raycraft*, ___ F.4th ____, No. 25-1965, 2026 WL 1283891 (6th Cir. May 11, 2026).

While acknowledging that *Lopez-Campos* is binding, Respondents continue to assert that 8 U.S.C. § 1225(b)(2)(A) is the correct detention

authority for aliens like Petitioner who entered without inspection. Respondents respectfully request that the Court continue to hold this appeal in abeyance pending the issuance of a mandate in the consolidated appeals.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated:　　May 26, 2026

/s/ *Alise Hildreth-Joling*
ALISE HILDRETH-JOLING
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Alise.Hildreth-Joling@usdoj.gov
Attorney for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, the foregoing document was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

I further certify that a copy of the foregoing document was mailed on this date to the opposing party if he/she was not registered to receive the document by the Court's electronic filing system.

*/s/ Alise Hildreth-Joling*
ALISE HILDRETH-JOLING
Assistant United States Attorney
United States Attorney's Office
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to FED. R. APP. P. 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Century Schoolbook type, is proportionally spaced and contains fewer than 5,200 words.

*/s/ Alise Hildreth-Joling*
ALISE HILDRETH-JOLING
Assistant United States Attorney
United States Attorney's Office
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404