No. 26-1283

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

JUAN JOSE SOTO-MEDINA,

*Petitioner - Appellee,*

v.

KEVIN RAYCRAFT, in his official capacity as Acting Field Office
Director, Detroit Field Office, U.S. Immigration and Customs
Enforcement; MARKWAYNE MULLIN, in his official capacity as
Secretary of the Department of Homeland Security,

*Respondents - Appellants.*

_____

On Appeal from the United States District Court
for the Western District of Michigan
No. 1:25-CV-01704

_____

**STATUS REPORT**

_____

TIMOTHY VERHEY
*United States Attorney*

ALISE HILDRETH-JOLING
*Assistant United States Attorney*
330 Ionia Ave. NW, Suite 501
Grand Rapids, Michigan 49503
(616) 456-2404

## Status Report

On May 11, 2026, the Court issued an Opinion and Judgment in the consolidated appeals of *Lopez-Campos v. Raycraft, et al.*, 25-1965 (6th Cir.), *Sanchez Alvarez v. Noem, et al.*, 25-1969 (6th Cir.), *Contreras-Cervantes, et al. v. Raycraft*, 25-1978 (6th Cir.), and *Pizarro Reyes v. Raycraft*, No. 25-1982 (6th Cir.). The cases determined that, for an alien like Petitioner who was arrested on the interior of the United States, 1226(a) was the appropriate detention authority. *Lopez-Campos v. Raycraft*, 175 F.4th 713 (6th Cir. 2026). On July 6, 2026, this Court issued a mandate in the consolidated appeals. As *Lopez-Campos* resolves the detention authority for this case, this case is now ready to move forward.

Counsel for Respondents-Appellants has conferred with counsel for Petitioner-Appellee and the parties stipulate to a 45-day stay of a briefing schedule so that Respondents-Appellants can continue to seek authorization from the Office of the Solicitor General to pursue this appeal.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated:     July 20, 2026          /s/ *Alise Hildreth-Joling*
                                  ALISE HILDRETH-JOLING
                                  Assistant United States Attorney
                                  Post Office Box 208
                                  Grand Rapids, MI 49501-0208
                                  (616) 456-2404
                                  Alise.Hildreth-Joling@usdoj.gov
                                  Attorney for Respondents

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 20, 2026, the foregoing document was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

I further certify that a copy of the foregoing document was mailed on this date to the opposing party if he/she was not registered to receive the document by the Court's electronic filing system.

*/s/ Alise Hildreth-Joling*
ALISE HILDRETH-JOLING
Assistant United States Attorney
United States Attorney's Office
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

# <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to FED. R. APP. P. 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Century Schoolbook type, is proportionally spaced and contains fewer than 5,200 words.

<u>*/s/ Alise Hildreth-Joling*</u>
ALISE HILDRETH-JOLING
Assistant United States Attorney
United States Attorney's Office
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404