Nos. 26-1283/1821

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Oct 27, 2026
KELLY L. STEPHENS, Clerk

**26-1283**
JUAN JOSE SOTO-MEDINA,

Petitioner - Appellee,

v.

KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director, Detroit Field Office, U.S. Immigration and Customs Enforcement, et al.,

Respondents - Appellants.

**26-1821**
JOSE GUADALUPE JAIMES,

Petitioner - Appellee,

v.

MAT KING, Sheriff of the St. Clair County Jail, et al.,

Respondents - Appellants.

O R D E R

In these matters arising from separate federal districts, the respondents appeal district court orders granting the petitioners relief in habeas corpus under 28 U.S.C. § 2241. The government moves to consolidate the appeals for purposes of briefing and submission, suggesting that the appeals share a common question of law. Petitioner-appellee Jaimes responds in opposition.

Upon review, the motion is GRANTED, insofar as these appeals are consolidated for appellant briefing and submission. The respondents-appellants shall file a single brief, and the petitioners-appellees shall file separate briefs. If the respondents file a reply brief, they shall file a consolidated reply brief.

The respondents' request for a 60-day extension of time is GRANTED, and a consolidated briefing schedule will issue by separate letter. The respondents are advised that further extensions of time will not be granted.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk