Nos. 26-1283/1821

FILED
Nov 19, 2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**26-1283**
JUAN JOSE SOTO-MEDINA,

Petitioner - Appellee,

v.

KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director, Detroit Field Office, U.S. Immigration and Customs Enforcement, et al.,

Respondents - Appellants.

O R D E R

**26-1821**
JOSE GUADALUPE JAIMES,

Petitioner - Appellee,

v.

MAT KING, Sheriff of the St. Clair County Jail, et al.,

Respondents - Appellants.

In these consolidated matters, the respondents appeal district court orders granting the petitioners relief in habeas corpus under 28 U.S.C. § 2241. The petitioners jointly move to hold these appeals in abeyance pending the Supreme Court's disposition of *Genalo v. D.C.*, No. 26-379. Although the respondents purport to oppose the motion, no response in opposition was filed.

Upon review, briefing in this appeal will be held in abeyance pending the Supreme Court's consideration of the cert petition in *Genalo v. D.C.*, No. 26-379. The petitioners shall file a status report within 14 days of the Supreme Court's disposition of the cert petition.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk