**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 19, 2026

Mr. Michael Drew

Ms. Alise Hildreth-Joling

Mr. Andrew Jacob Oliveira

Re: Case No. 26-1283
*Juan Soto-Medina v. Matthew Putra, et al*
Originating Case No. 1:25-cv-01704

Dear Counsel,

The Amended Official Court of Appeals Caption for 26-1283 replacing Kevin Raycraft with .

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Monica
Direct Dial No. 513-564-7021

**AMENDED OFFICIAL COURT OF APPEALS CAPTION FOR 26-1283**

JUAN JOSE SOTO-MEDINA

Petitioner – Appellee

v.

MATTHEW PUTRA, in his official capacity as Acting Field Office Director, Detroit Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security Respondents - Appellants